UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QUANG DINH,<br>　　　　　　Plaintiff,<br>　v.<br>BLUEHAWK NETWORKS, INC., ET AL.,<br>　　　　　　Defendants. | Case No.: C 11-00232 PSG<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On February 13, 2011, Plaintiff Quang Dinh moved to dismiss the federal claims and for remand. This case has been assigned to a Magistrate Judge. Before the court takes any action on the motion to dismiss and for remand, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than February 24, 2011, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil)

ORDER, *page 1*

1  section of the court's website at www.cand.uscourts.gov.

2  Dated:    February 16, 2011

3  PAUL S. GREWAL
   United States Magistrate Judge