ROBERT E. ORMISTON, ESQ. (SBN #141857)
LAW OFFICE OF ROBERT E. ORMISTON
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone (800) 214-7990
Facsimile (866) 574-0126
Email: bob@reolawca.com

Attorneys for Plaintiff QUANG DINH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| QUANG DINH,<br><br>                     Plaintiffs,<br>vs.<br><br>BLUEHAWK NETWORKS, INC; ROBERT NARAGON; and DOES 1 to 50, Inclusive,<br><br>                     Defendants. | Case No.: C 11-00232 PSG<br>ORDER GRANTING<br>**STIPULATION OF ALL PARTIES FOR DISMISSAL OF ALL FEDERAL-LAW CLAIMS AND TO REMAND CASE TO STATE COURT**<br><br>Date: March 22, 2011<br>Courtroom 5 – 4th floor<br>Magistrate Judge Paul S. Grewal |

Plaintiff QUANG DINH ("plaintiff DINH") and Defendants BLUEHAWK NETWORKS, INC. and ROBERT NARAGON ("DEFENDANTS") hereby stipulate as follows:

---

STIPULATION OF ALL PARTIES FOR DISMISSAL AND REMAND
Case No.: C 11-00232 PSG

1

1) That Plaintiff DINH be granted leave to file an amended complaint and/or be granted leave to dismiss all federal-law claims as follows: The Seventh Cause of Action (For Damages for Violation of the Fair Labor Standards Act, 29 U.S.C. §201, et seq.), and the federal-law claims in the Eleventh Cause of Action (For Damages for Racial Discrimination in Violation of 42 U.S.C. §2000e et seq. and 29 U.S.C. §621, et seq.) and the federal-law claims in the Twelfth Cause of Action (For Damages for Age Discrimination in Violation of 42 U.S.C. §2000e et seq. and 29 U.S.C. §621) shall all be stricken from the Complaint and dismissed without prejudice;

2) That the case be remanded to State Court, as the basis for Federal jurisdiction, a Federal-law question, is absent as the case now involves exclusively issues of state-law; and

3) In the State Court Action, plaintiff DINH shall file an amended complaint against DEFENDANTS which shall contain no federal-law claims.

DATED: February 24, 2011        LAW OFFICE OF ROBERT E. ORMISTON


By: _____
ROBERT E. ORMISTON, ESQ.
Attorneys for Plaintiff QUANG DINH

---

STIPULATION OF ALL PARTIES FOR DISMISSAL AND REMAND
Case No.: C 11-00232 PSG

2

1  DATED: February 25, 2011         FARBSTEIN & BLACKMAN
2                                    A Professional Corporation
3
4
5                                    By: _____
6                                        Gary R. Gleason
                                         Attorneys for Defendants
7                                        BLUEHAWK NETWORKS, INC. and
                                         ROBERT NARAGON
8
9  SO ORDERED
10 March 3, 2011                     PAUL S. GREWAL
                                     U.S. MAGISTRATE
11                                   JUDGE